818 NEW JERSEY MISCELLANEOUS REPORTS.

N. J. Dept. Labor—Borges v. Philip Singer & Bros.

NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

JOSEPH BORGES, PETITIONER, v. PHILIP SINGER &
BROTHERS, RESPONDENT.

Hernia—Petitioner's Claim Disputed in That the Five Require-
ments of the Statute Have Not Been Complied With—Com-
promise Proposed, Accepted and Approved.

On determination.

For the petitioner, *Charles Becker.*

For the respondent, *Richard W. Baker.*

The petitioner alleged he suffered a compensible hernia while working for the respondent on October 4th, 1926, but the respondent denied that he complied with the five require-ments of the hernia section of the law. After talking with the petitioner, and going somewhat into the facts of the case, I was asked to approve a compromise between all parties on a basis of three weeks' temporary compensation at $17 a week, and ten weeks permanent compensation, together with an allowance of $25 for medical fees and $50 for counsel fee for the attorney to the petitioner.

Accordingly, I hereby order that the respondent pay to the petitioner three weeks' compensation for temporary disa-bility at the rate of $17 per week, and ten weeks' compensa-tion for permanent disability, together with $25 to cover medical fees and $50 to cover counsel fee of the attorney for the petitioner.

HARRY J. GOAS,
*Deputy Commissioner.*